UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, WISCONSIN MASONS 401(k)
PLAN, WISCONSIN MASONS PENSION FUND,
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND,
and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN, and

BUILDING TRADES UNITED PENSION
TRUST FUND, and NACARCI FEASTER,

                Plaintiffs,

vs.                                              Case No. 09-cv-243

MILLER & ASSOCIATES, INC., and
DIANE M. MILLER

                Defendants.

---

### ENTRY OF DEFAULT OF DEFENDANT
### MILLER & ASSOCIATES, INC.

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Miller & Associates, Inc., has failed to plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Miller & Associates, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 18th day of August, 2009.

                                                                _Peter Oppeneer_
                                                                 Clerk of Court