## UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, WISCONSIN MASONS 401(k)
PLAN, WISCONSIN MASONS PENSION FUND,
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND,
and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN, and

BUILDING TRADES UNITED PENSION
TRUST FUND, and NACARCI FEASTER,

              Plaintiffs,

vs.                                                Case No. 09-CV-243

MILLER & ASSOCIATES, INC., and
DIANE M. MILLER

              Defendants.

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
### AS TO DEFENDANT DIANE M. MILLER

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Masons Health Care Fund, Wisconsin Masons Apprenticeship & Training Fund, Wisconsin Masons 401(k) Plan, Wisconsin Masons Pension Fund, Bricklayers and Trowel Trades International Pension Fund, International Masons Institute Fund, Jeffrey Leckwee,

Bricklayers and Allied Craftsmen District Council of Wisconsin, Building Trades United

Pension Trust Fund, and Nacarci Feaster, recover from the Defendant Diane M. Miller

the sum of $5,504.37 with interest thereon at the rate that is provided by law.


Dated at Madison, Wisconsin, this _17th_ day of _September_, 2009.


_Peter Oppeneer_
Clerk of Court


Approved as to form this _16th_ day of _September_, 2009.


_Barbara B. Crabb_
U. S. District Court Judge