UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, WISCONSIN MASONS 401(k)
PLAN, WISCONSIN MASONS PENSION FUND,
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND,
and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN, and

BUILDING TRADES UNITED PENSION
TRUST FUND, and NACARCI FEASTER,

                Plaintiffs,

vs.                              Case No. 09-CV-243

MILLER & ASSOCIATES, INC., and
DIANE M. MILLER

                Defendants.

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT AS TO
DEFENDANT MILLER & ASSOCIATES, INC.

    This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

    **IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Masons Health Care Fund, Wisconsin Masons Apprenticeship & Training Fund, Wisconsin Masons

-1-

401(k) Plan, Wisconsin Masons Pension Fund, Bricklayers and Trowel Trades International Pension Fund, International Masons Institute Fund, Jeffrey Leckwee, Bricklayers and Allied Craftsmen District Council of Wisconsin, Building Trades United Pension Trust Fund, and Nacarci Feaster, recover from the Defendant Miller & Associates, Inc. the sum of $166,037.64 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 17th day of September, 2009.

_Peter Oppener_
Clerk of Court

Approved as to form this 16th day of September, 2009.

_Barbara B. Crabb_
U. S. District Court Judge